**FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10343

_____

CLARISSA GILMORE,

Plaintiff-Appellant,

*versus*

GEORGIA DEPARTMENT OF CORRECTIONS,
an agency of the State of Georgia,
COMMISSIONER, GEORGIA DEPARTMENT OF
CORRECTIONS,
in his official capacity,
ALBERTA W. MILTON,
individually and in her official capacity,
SABRINI CARLENE LUPO,
individually and in her official capacity,
SMITH SP WARDEN,
in his official capacity as successor-in-interest,

2                    Opinion of the Court                    23-10343

et al.,

                                                    Defendants-Appellees,


DOUGLAS M. WILLIAMS,
individually and in his official capacity,

                                                            Defendant.


_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 6:18-cv-00115-RSB-CLR

_____

Before ROSENBAUM, NEWSOM, and TJOFLAT, Circuit Judges.

PER CURIAM:

This matter returns to us on remand after the en banc Court's opinion reversing the district court's grant of summary judgment to Officer Alberta W. Milton and Officer Christina Irizarry on qualified immunity grounds. *Gilmore v. Ga. Dep't of Corr.*, 144 F.4th 1246, 1264 (11th Cir. 2025) (en banc). Based on the en banc Court's ruling, we remand the case to the district court for further proceedings consistent with the en banc opinion.

   **REMANDED.**